AO 91 (Rev. 11/11) Criminal Complaint

Eastern District of Kentucky
FILED
MAY 13 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Perrin George March, V

*Defendant(s)*

Case No. 2:22-MJ-2536

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 13, 2022 in the county of Campbell in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)(8) | possession of a firearm by a subject under a domestic violence order |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

David Emberton, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/13/2022

[signature]
*Judge's signature*

City and state: Covington, KY

Candance J. Smith, Magistrate Judge
*Printed name and title*

Eastern District of Kentucky
FILED

MAY 13 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.**

**AFFIDAVIT**

**PERRIN GEORGE MARCH, V** **DEFENDANT**

*************************

I, David Emberton, being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an officer with United States Customs and Border Protection, and have been since July of 2002. Since August of 2018, I have been detailed to the Federal Bureau of Investigation and assigned to the Joint Terrorism Task Force. I have training and experience in many aspects of criminal and counterterrorism investigations including counterterrorism specific training, conducting surveillance, interviewing subjects, informants, and witnesses. I have participated in international and domestic terrorism investigations, and I am familiar with the activities, actions, and behavior of the subjects of those investigations, including their use of electronic communications to further their activities.

2. This Affidavit is based upon my personal knowledge and upon information reported to me by other state and local law enforcement officers during the course of their official duties. The information contained in this Affidavit is not a complete account of everything

known to me about this case. Rather, it contains the facts that I believe are sufficient to support a finding of probable cause to support the issuance of a Criminal Complaint and corresponding arrest warrant.

3. I believe that there is probable cause to believe that on or about May 13, 2022, in Campbell County, in the Eastern District of Kentucky (EDKY), PERRIN GEORGE MARCH, V hereinafter MARCH, did possess a firearm in violation of 18 U.S.C. § 922(g)(8).

**PROBABLE CAUSE**

4. MARCH was arrested on May 15, 2021, in Kentucky, and charged with misdemeanor 2nd degree stalking, misdemeanor 3rd degree terroristic threatening, and misdemeanor harassing communications. According to a complaint made by a former intimate partner of MARCH who, at the time, was pregnant with MARCH's child, MARCH had stalked and threatened to kill her. Documented in the complaint are statements MARCH made to a friend of both MARCH and the former partner. The statements include "Im gona kill her and then myself," "No ones taking my kid from me but me," and "or a few rounds in her fucking stomach." The former partner interpreted this last statement as a threat to her unborn child.

5. MARCH was convicted on September 21, 2021, for a violation of Kentucky Revised Statute § 525.080, harassing communications, with the other charges being dropped. As an additional result of the incident, on May 20, 2021, a domestic violence order ("DVO") was issued by the Commonwealth of Kentucky, Campbell County Family

Court (21-D-074-001). The court found, after a hearing at which the defendant received actual notice and had an opportunity to be heard, that an act of domestic violence and abuse had occurred and may occur again, and it prohibited MARCH from committing further acts of abuse or threats of abuse, stalking or sexual assault; unauthorized contact with protected persons; being within 500 feet of three specific addresses; and disposing or damaging property of the parties to the DVO. MARCH was also to obtain a psychological, alcohol and drug evaluation and treatment if necessary. The DVO included warnings about 18 U.S.C. § 922(g)(8) which carries penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a DVO. The DVO was ordered to remain in effect until May 19, 2024.

6. The order was amended on September 9, 2021, to make arrangements for the custody exchange of the child, but the original conditions of the May 20, 2021, order remained in place. The amended DVO also included warnings about 18 U.S.C. § 922(g)(8) which carries penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a DVO.

7. On May 13, 2022, the Federal Bureau of Investigation executed a federal search warrant on MARCH's residence at Foote Avenue, Bellevue, Kentucky, which is located in the Eastern District of Kentucky. Upon searching the residence, investigators found a fully loaded AK-47 pistol, serial # B 01637, manufactured by Riley Defense Inc., in Charlotte, North Carolina under the dresser in what appeared to be MARCH's bedroom. Four loaded magazines and a drum magazine were found in the bottom drawer of the

same dresser. One additional loaded magazine was found in the closet of the master bedroom. They also found a "Sig" weapon sight. Additionally, 21 boxes of additional ammunition were located throughout the residence. A copy of the DVO against MARCH was found in plain view in the residence.

8. The residence located at Foote Avenue is the known residence of MARCH and is listed as his residence on the DVO. Additionally, when law enforcement made contact with MARCH he was inside of the residence.

## CONCLUSION

9. Based the foregoing, I am requesting that this Honorable Court issue criminal complaint and arrest warrant for PERRIN GEORGE MARCH, V for possession of a firearm in violation of 18 U.S.C. § 922(g)(8).

David Emberton
David Emberton, Task Force Officer
Federal Bureau of Investigation

Sworn to before me on May 13, 2022.

Candace J. Smith
CANDANCE J. SMITH
U.S. MAGISTRATE JUDGE