Eastern District of Kentucky
FILED
JUN 09 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 22-43-DLB-CJS
**18 U.S.C. § 922(g)(8)**

**PERRIN GEORGE MARCH, V**

* * * * *

**THE GRAND JURY CHARGES:**

On or about May 13, 2022, in Campbell County, in the Eastern District of Kentucky, and elsewhere,

**PERRIN GEORGE MARCH, V,**

knowing that he was subject to a court order issued on May 20, 2021, by the Commonwealth of Kentucky, Campbell County Family Court (21-D-074-001), that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such an intimate partner that would reasonably be expected to cause bodily injury and that included a finding that the Defendant was a credible threat to the physical safety of the intimate partner, did knowingly possess a firearm, to wit an AK-47 pistol, serial #B01637, manufactured by Riley Defense Inc.,

said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C § 922(g)(8).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

By virtue of the commission of the felony offense charged in this Indictment, any and all interest **PERRIN GEORG MARCH, V** has in the below-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461:

**FIREARM & AMMUNITION:**

a. AK-47 pistol, serial # B 01637, and

b. All associated ammunition.

**A TRUE BILL**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years of imprisonment, a fine of $250,000.00, and at not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.